EDWARD KOSO, Plaintiff, v. FREDERICK STUART GREENE, Superintendent of the Department of Public Works of the State of New York, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ. [See *ante*, p. 288.]

In the Matter of the Claim of Rocco Vitta, Respondent, against Pietrowski & Konop Company and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.